UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALLEN MYERS,

                              Petitioner,                           JUDGMENT
                                                                    04-CV- 4958 (ERK)
      -against-


WILLIAM PHILLIPS, SUPERINTENDENT,
GREEN HAVEN CORRECTIONAL FACILITY,

                              Respondent.
------------------------------------------------------------X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Feb 24 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Edward R. Korman, United States
District Judge, having been filed on February 23, 2006, denying the petition for a writ of
habeas corpus; and denying a Certificate of Appealability; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that
the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is
denied.


Dated:  Brooklyn, New York
        February 23, 2006

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court